969 A.2d 1051

IN THE MATTER OF WALTER RYAN
DOGAN, AN ATTORNEY AT LAW.

March 12, 2009.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 08–178, concluding that as a matter of reciprocal discipline pursuant to *Rule* 1:20–14(a)(4)(E), **WALTER RYAN DOGAN** of **JAMAICA, NEW YORK,** who was admitted to the bar of this State in 1984, should be suspended from the practice of law for a period of six months based on discipline imposed in Georgia for conduct that in New Jersey violates *RPC* 3.3(a)(4) (knowingly offering evidence that the lawyer knows to be false), *RPC* 3.4(a) (unlawfully obstructing another party's access to evidence or unlawfully altering a document having potential evidentiary value), *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice);

And **WALTER RYAN DOGAN** having been ordered to show cause why he should not be disbarred or otherwise disciplined; And good cause appearing;

It is ORDERED that **WALTER RYAN DOGAN** is suspended from the practice of law for a period of six months and until the further Order of the Court, effective April 10, 2009; and it is further

ORDERED that respondent shall not be reinstated to the practice of law in New Jersey unless and until he is reinstated to practice in Georgia; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.